IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN BURT, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06-1191 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Carolyn Burt's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 11), to which Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 17). Magistrate Judge Bryant issued a Report and Recommendation ("Report") (Doc. No. 19) recommending that Plaintiff's Motion be granted, the decision of the Commissioner reversed, and the cause remanded for further proceedings. The Report was filed on July 28, 2008, and no objections to the Report and Recommendation have been filed by the Commissioner. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **REVERSES** the decision of the Commissioner, and **REMANDS** the cause for further proceedings.

It is so ORDERED.

Entered this 6th day of November, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT